UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE PEOPLE'S COURT OF DA NANG CITY, VIETNAM IN THE MATTER OF THI NHU TRANG HUYNH V. LONG JOHNNY NGUYEN _____/ | CASE NO. 4:22-mc-46 |

## *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, as Commissioner for the purposes of obtaining testimony from Long Johnny Nguyen in the form of a written affidavit. Certain evidence has been requested by the People's Court of Da Nang City, Vietnam pursuant to a Letter of Request issued in connection with a civil judicial proceeding in that court captioned *Thi Nhu Trang Huynh v. Long Johnny Nguyen,* Foreign Reference Number 17/TTTPDS-TA15.

The grounds for this *Ex Parte* Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: Washington, D.C.
July 19, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division, United States Department of Justice

JEANNE E. DAVIDSON
Director, Office of Foreign Litigation
Civil Division, United States Department of Justice

By: /s/ Katerina Ossenova
KATERINA OSSENOVA
Senior Trial Counsel
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW
Room 8102
Washington, DC 20530
Telephone: 202-353-0194
Email: Katerina.V.Ossenova@usdoj.gov